# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

130970

TAMEKA BRANCHE, Personal
Representative of the Estate of
Tommie Charles Tyson, Deceased,
        Plaintiff-Appellee,

v

SINAI-GRACE HOSPITAL, a/k/a
SINAI HOSPITAL OF GREATER
DETROIT,
        Defendant-Appellee,

and

DANIEL J. WALZ, M.D.,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130970
COA: 266467
Wayne CC: 05-514262-NH

By order of October 17, 2007, the application for leave to appeal the March 9, 2006 order of the Court of Appeals was held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

l0519